Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
### Western District of New York ▾
### Buffalo  Division

23 CV 845 - W

Dennis E Hannon )
)
) Case No. _____
)                    (to be filled in by the Clerk's Office)
)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
Amy P. Hannon,  Hon. Daniel J Furlong )
)
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued.  If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

FILED AUG 16 2023 UNITED STATES DISTRICT COURT MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Dennis E Hannon |
| Street Address | 4 Oakview Drive |
| City and County | Tonawanda County of Erie |
| State and Zip Code | New York 14150 |
| Telephone Number | (716) 348-0064 |
| E-mail Address | dennishannon91@gmail.com |

   **B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of  6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name                            Amy P, Hannon

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*     Amysue.hannon@gmail.com


Defendant No. 2

Name                            Hon. Daniel J. Furlong JSC

Job or Title *(if known)*       State of New York Supreme Court, County of Erie Justice

Street Address                  50 Delaware Avenue Part 28

City and County                 Buffalo New York  County of Erie

State and Zip Code              New York 14202

Telephone Number                (716) 371-4015

E-mail Address *(if known)*     dfurlong@nycourts.gov


Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1st Amendment Right of Free Speech free from First Amendment retaliation 14th Amendment Right to Parent as a Natural Father free from restriction as a punishment for exercising Constitutional rights 5th Amendment Right of Due Process to have impartial courtroom

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Dennis E. Hannon                     , is a citizen of the State of *(name)* New York             .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Amy P. Hannon and Hon. Daniel J Furlong , is a citizen of the State of *(name)* New York             . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Defendant and Hon. Daniel J. Furlong violated my Constitutional Rights.

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
The events occurred in the State of New York Supreme Court, County of Erie and the actions were commenced by Defendant Amy P. Hannon and Judge Daniel J. Furlong presided under case index: 900577/2020.

B.     What date and approximate time did the events giving rise to your claim(s) occur?
August 11, 2020 to present

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*
Defendant Amy P Hannon and Hon. Daniel J Furlong retaliated against my 1st Amendment Rights of Free Speech after I organized a website JusticeforSpencer.*org* I was punished for exercising my Constitutional rights as a natural father to my son financially and by having my access restricted (14th Amendment violation). Defendant Amy P. Hannon posted the exact same content on social media with a different opinion (the photos I used literally came from her social media) and absent criticism of Judge Daniel J Furlong, and her 1st Amendment Rights were protected. This 1st Amendment retaliation demonstrates judicial bias and denial of an impartial court (5th Amendment Due Process violation).

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
Each Constitutional violation on restricting my Freedom of Speech, the Denial of Due Process and restrictions on my rights as a Natural Father arising from retaliation have caused me irreparable harm. I have been painfully silenced for speaking against my son's grooming by extremist perpetrators, I have been denied a fair court room to be able to protect my son from attempts by mother Amy P. Hannon to force convert our son to a girl starting at the very young age of two or three.

I have lost precious time with my son for speaking against his attempted force conversion to a girl, for speaking against perpetrator behaviors such as the mother showering naked with our son when he was seven years old and for speaking against the mother for sleeping with her lesbian lover (our son's daycare provider married to another man) while our son was dressed as a girl between them.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Vacatur of any and all orders that are a result of 1st Amendment retaliation including but not limited to the March 2, 2023 and July 3, 2023 orders issued by Hon. Daniel J. Furlong. Preliminary Injunctive Relief against Hon. Daniel J. Furlong and Amy P. Hannon with their agents and assigns and those in privity with them barring them from retaliating against or interfering with Dennis E. Hannon's First Amendment Rights and to cease from attempts such as but not limited to efforts to restrict Dennis E. Hannon's participation in JusticeforSpencer.*org* media interviews, websites, or any forms of media. The recusal of Hon. Daniel J. Furlong from any further matters involving Dennis E. Hannon due to inability to afford an impartial court room.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8/16/23

Signature of Plaintiff

Printed Name of Plaintiff   Dennis E. Hannon

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address